```
MELISSA JOANN YOUNG        HERRING GAS CO
232 GOLDEN PINE RD         P.O. BOX 544
PRENTISS, MS 39474         PURVIS, MS 39475

THOMAS C. ROLLINS, JR.     LIFEGUARD AMR SOUTH
THE ROLLINS LAW FIRM, PLLC PO BOX 198408
P.O. BOX 13767             ATLANTA, GA 30384-8408
JACKSON, MS 39236

1ST FRANKLIN               MARION FINANCE
803 US HWY 98 BYPASS       415 SUMRALL RD
SUITE B                    STE 3
COLUMBIA, MS 39429         COLUMBIA, MS 39429

AIDVANTAGE                 REGIONS BANK
AIDVANTAGE  FEDERAL STUDENTATTN: BANKRUPTCY
PO BOX 300001              2050 PARKWAY OFFICE CIRCLE, 6TH FLOOR
GREENVILLE, TX 75403       BIRMINGHAM, AL 35244

AIR SOUTH LLC              SERVICE FINANCE CO
P.O. BOX 211               ATTN: BANKRUPTCY
MENDENHALL, MS 39114       555 S FEDERAL HWY
                           BOCA RATON, FL 33432

CASHAPP                    SUNBELT FCU
1955 BROADWAY, SUITE 6     ATTN: BANKRUPTCY
OAKLAND, CA 94612          6885 US HWY 49
                           HATTIESBURG, MS 39402

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 W 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

DEMESSIA HOLLOWAY
232 GOLDEN PINE RD
PRENTISS, MS 39474


FAIRWINDS CREDIT UNION
ATTN: BRANKRUPTCY
3087 N ALAFAYA TRAIL
ORLANDO, FL 32826
```